UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

NOV 2 0 2001

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| DARRYL COOPER a/k/a D. HOLLEY, and JOHN BROUSSARD, | § | |
| Plaintiffs, | § | |
| v. | § | CIVIL ACTION NO. 01-0941 |
| SONY MUSIC ENTERTAINMENT, INC.; JERMAINE DUPRI MAULDIN, a/k/a JERMAINE DUPRI, individually; SO SO DEF RECORDINGS, INC.; SHAWNTAE HARRIS, a/k/a DA BRAT; BRYAN-MICHAEL COX; AIR CONTROL MUSIC INC.; COLUMBIA RECORDS DISTRIBUTION CORPORATION; and FOX TUNES, INC., | § | JUDGE DAVID HITTNER<br>MAGISTRATE JUDGE MARCIA CRONE |
| Defendants. | § | |

**ORDER**

Before the Court are (1) Defendants' First Motion to Compel Production of Documents; and (2) Defendant So So Def Recordings' First Motion to Compel Responses to Interrogatories. After considering these Motions and Plaintiffs' Responses thereto, and after conducting a telephone conference with the parties with respect to the Motions, the Court rules as follows:

(1) With respect to Defendants' Document Request No. 13, seeking production of Plaintiffs' music industry-related agreements, Plaintiffs are hereby

#42

ORDERED to produce all responsive documents that pre-date the creation of Plaintiffs' song "Boys Night Out." In view of the fact that "Boys Night Out" was authored in late 1997 or early 1998, Plaintiffs' production shall be limited to those agreements dated December 31, 1997 or earlier.

(2) With respect to Defendants' Document Request Nos. 14 and 16, seeking production of Plaintiffs' musical compositions and sound recordings, Plaintiffs are hereby ORDERED to produce all tangible evidence of such materials created between January 1, 1988 and December 31, 1997.

(3) With respect to Defendants' Document Request No. 21, seeking production of all print media articles, radio broadcasts, television broadcasts or online articles, Plaintiffs represent that they have provided all responsive information in their possession, custody or control, by virtue of a supplemental production made subsequent to Defendants' motion. This issue, accordingly, is moot.

(4) With respect to Defendant So So Def Recordings' Interrogatory No. 10 to Mr. Cooper and No. 11 to Mr. Broussard, seeking a musical transcription of Plaintiffs' song "Boys Night Out," Plaintiffs shall not be required to produce a musical transcription. Accordingly, So So Def Recordings' motion as to this issue is DENIED.

(5) With respect to Defendant So So Def Recordings' Interrogatory No. 19 to Mr. Cooper and No. 20 to Mr. Broussard, seeking a description of communications with third parties referring or relating to Defendants' song "Bounce with Me," Plaintiffs are hereby ORDERED to answer the interrogatory to the best of their ability and recollection.

IT IS THEREFORE ORDERED that Defendants' First Motion to Compel Production of Documents is hereby GRANTED as to Document Request Nos. 13, 14, and 16, subject to the limitations set forth above, and this motion is MOOT as to Document Request No. 21. It is further ORDERED that Defendant So So Def Recordings' First Motion to Compel Responses to Interrogatories is DENIED as to Interrogatory No. 10 (Cooper)/No. 11 (Broussard), and it is GRANTED as to Interrogatory No. 19 (Cooper)/No. 20 (Broussard).

Signed this 16th day of November, 2001.

Marcia A. Crone
THE HONORABLE MARCIA CRONE
UNITED STATES MAGISTRATE JUDGE